June 27, 2013

Hon. Magistrate A. Kathleen Tomlinson
United States Magistrate Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:     <u>Diallo v. County of Suffolk, et al.</u>
         Docket No. CV12-4524 (LDW)(AKT)

Hon. Magistrate Tomlinson:

The defendants write at this time to respectfully request that the parties in the above action be permitted to appear via telephone for the status conference scheduled for tomorrow June 28, 2013 at 11:00 a.m. I apologize for making this request at this late hour, however, I was hoping to have an attorney from my office cover the conference in my stead, as I will be conducting a deposition in a different matter which cannot be re-scheduled. Unfortunately, the several other attorneys in my bureau are otherwise engaged at 11:00 a.m.

I have spoken to the office of plaintiff's counsel, Mr. Benjamin Heinrich and they do not object to this request. In the event the Court grants this request, the defendants will arrange to have all parties on the line via an appropriate operator service.

I thank the Court for its consideration of this matter.

Respectfully submitted,

DENNIS M. BROWN.
Suffolk County Attorney

By: _____
     Brian C. Mitchell
     Assistant County Attorney – State & Federal Torts Bureau

cc: Benjamin Heinrich, Esq.(via ECF)