**UNITED STATES DISTRICT COURT**　　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　　**MINUTE ORDER**

BEFORE:　　A. KATHLEEN TOMLINSON　　DATE:　6-28-2013
　　　　　　U.S. MAGISTRATE JUDGE　　　　TIME:　11:09 a.m. (8 minutes)

*Diallo, et al. v. Trotta, et al.*,
**CV 12-4524 (LDW) (AKT)**

TYPE OF CONFERENCE:　　　　**TELEPHONE DISCOVERY STATUS CONFERENCE**

APPEARANCES:　Plaintiff　　Benjamin Heinrich

　　　　　　　Defendant　　Brian Mitchell

FTR:　11:09-11:17

THE FOLLOWING RULINGS WERE MADE:

1.　　I met with the parties today for a status conference. Attorney Mitchell represented that he has done everything in his power to facilitate the return of the monies that were seized from plaintiff as a result of the events that gave rise to this litigation. Attorney Mitchell represented that there should not be any barrier to the release of these monies. Attorney Mitchell further represented that he will contact Sgt. Christopher Love, who will be in touch with plaintiff's counsel to facilitate the return of the money. I directed Attorney Mitchell to have further discussions with plaintiff's counsel regarding this issue and to ensure that plaintiff's property is returned to him.

3.　　Defendants still need to interpose an Answer to the Amended Complaint. The Amended Complaint added an additional defendant, Sgt. Stephen Krolikiewicz. Attorney Mitchell stated that he would file the Answer today. Plaintiff stated that he intends to take the deposition of Sgt. Krolikiewicz. I directed the parties to discuss a time-frame for that deposition following today's conference.

4.　　Counsel confirmed that they do not anticipate any expert discovery. There are no discovery disputes at this time.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge