# COUNTY OF SUFFOLK



STEVEN BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

January 30, 2014

Hon. Leonard D. Wexler
United States District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Diallo v. County of Suffolk, et al.</u>
Docket No. CV12-4524 (LDW)(AKT)

Hon. Judge Wexler:

I write on behalf of all parties to advise the Court that we have reached a settlement in the above referenced matter. Attached for the Court's signature is a Stipulation and Order of Voluntary Dismissal.

I thank the Court for its consideration of this matter.

Respectfully submitted,

DENNIS M. BROWN
Suffolk County Attorney

BY: _____
Brian C. Mitchell
Assistant County Attorney

cc: Benjamin Heinrich, Esq.(via ECF)

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ABOUBACAR DIALLO, individually and as Treasurer of
FUTA ISLAMIC CENTER, INC., and FUTA ISLAMIC
CENTER,

                              Plaintiff,

-against-

ROBERT TROTTA, THE COUNTY OF
SUFFOLK, STEPHEN KROLIKIEWICZ and
JOHN DOE,

                              Defendants.

STIPULATION AND ORDER
OF VOLUNTARY
DISMISSAL

CV12-4524 (LDW)(AKT)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:    Hauppauge, New York
            January 13, 2014

By: _____
Brian C. Mitchell
Assistant County Attorney
Dennis M. Brown
Suffolk County Attorney
P.O. Box 6100
H. Lee Dennison Building
Hauppauge, New York 11788-0099

By: _____
Benjamin Heinrich, P.C.
Attorney for Plaintiff
189 East 163rd Street
Bronx, New York 10451

**SO ORDERED:**

**Dated: New York**

_____, 2014

_____
U.S.D.J.