UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ABOUBACAR DIALLO, individually and as Treasurer of FUTA ISLAMIC CENTER, INC., and FUTA ISLAMIC CENTER,

           Plaintiff,

-against-

ROBERT TROTTA, THE COUNTY OF SUFFOLK, STEPHEN KROLIKIEWICZ and JOHN DOE,

           Defendants.

---

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

CV12-4524 (LDW)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2014 ★
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:  Hauppauge, New York
    January 13, 2014

By: _/s/ Brian C. Mitchell_
Brian C. Mitchell
Assistant County Attorney
Dennis M. Brown
Suffolk County Attorney
P.O. Box 6100
H. Lee Dennison Building
Hauppauge, New York 11788-0099

By: _/s/_
Benjamin Heinrich, P.C.
Attorney for Plaintiff
189 East 163rd Street
Bronx, New York 10451

**SO ORDERED:**

Dated: New York

_1/31_, 2014

_____
U.S.D.J.
Central Islip, NY